# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### No. 7:25-CV-01519-D-KS

UNITED STATES OF AMERICA, )
)
     Plaintiff, )    **ORDER**
)
vs. )
)
HECTOR DANERI REGALADO, )
)
     Defendant. )

UPON CONSIDERATION OF the parties' Joint Motion to Stay Court's Order for Discovery

Plan, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the parties' motion is GRANTED;

THE CLERK'S OFFICE IS DIRECTED to stay all discovery deadlines until after this Court has

ruled on Plaintiff's motion for judgment on the pleadings [D.E. 16].

SO ORDERED, this __1__ day of March,, 2026.


                          JAMES C. DEVER III
                          United States District Judge